No. 547. MADDEN v. SOUTHERN RAILWAY CO. C. A. 4th Cir. Certiorari denied. *James P. Mozingo, III,* and *John L. Nettles* for petitioner. *Geo. H. Ward* for respondent.

No. 549. ESKIMO KOOLER CORP. v. ESKIMO PIE CORP. C. A. 7th Cir. Certiorari denied. *George E. Frost* for petitioner. *Abraham J. Nydick* for respondent.

No. 561. AUREX CORPORATION ET AL. v. BELTONE HEARING AID CO. C. A. 7th Cir. Certiorari denied. *William C. Wines* and *Chas. W. Rummler* for petitioners. *Will Freeman* and *George E. Frost* for respondent.

No. 501. POLAROID CORPORATION v. UNITED STATES. The motion for leave to file supplemental petition for writ of certiorari is granted. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied. *David Saperstein* and *Harry P. Goldstein* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Hilbert P. Zarky* for the United States.

No. 541. ALLIED CLEANING CONTRACTORS, INC., v. ALLIED MAINTENANCE CORP. ET AL.; and

No. 544. ALLIED MAINTENANCE CORP. v. ALLIED CLEANING CONTRACTORS, INC., ET AL. C. A. 2d Cir. Certiorari denied. *Bruce A. Pettijohn, Jr., William H. Stieglitz* and *Harry Schechter* for petitioner in No. 541. *Russell T. Mount* for petitioner in No. 544. *Vincent L. Leibell, Jr.* for Trans World Airlines, Inc., and *Charles L. Sylvester* for Kozman, respondents.